```
 1                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2
                    CASE NO. 16-CV-24793-MGC
 3
   PEOPLE FOR THE ETHICAL TREATMENT
 4 OF ANIMALS, INC., et al.,
                                   Miami, Florida
 5            Plaintiff(s),
                                   June 12, 2019
 6        vs.

 7 UNITED STATES DEPARTMENT
   OF AGRICULTURE, et al.,
 8
                    Defendant(s).      Pages 1 - 25
 9 ----------------------------------------------------------

10                      MOTION HEARING
             BEFORE THE HONORABLE MARCIA G. COOKE
11                 UNITED STATES DISTRICT JUDGE

12 APPEARANCES:

13 FOR THE PLAINTIFF(S):  JARED GOODMAN
                          Deputy General Counsel for Animal Law
14                        2154 W. Sunset Boulevard
                          Los Angeles, California 90026
15                        jaredg@petaf.org

16
                          APRIL BOYER
17                        K&L Gates
                          Southeast Financial Center
18                        Suite 3900
                          200 South Biscayne Boulevard
19                        Miami, Florida 33131
                          april.boyer@klgates.com
20

21

22 FOR THE DEFENDANT(S):  ANTHONY ERICKSON-POGORZELSKI
   USDA                   United States Attorney's Office, Civil
23                        99 NE 4th Street
                          Miami, Florida 33132
24                        anthony.pogorzelski@usdoj.gov

25
```

```
 1   APPEARANCES: (Cont'd)

 2   FOR THE DEFENDANT(S):   JAMES H. LISTER
     Festival Fun Parks      Birch Horton Bittner & Cherot
 3   d/b/a Miami             1100 Connecticut Avenue, NW
     Seaquarium              Suite 825
 4                           Washington, DC 20036
                             jlister@dc.bhb.com
 5

 6                                – and –

 7                           MARK A. SALKY
                             Greenberg Traurig
 8                           333 Avenue of the Americas
                             Miami, Florida 33131
 9                           salkym@gtlaw.com

10

11   REPORTED BY:            Jill M. Felicetti, RPR, CRR, CSR
                             Official Court Reporter
12                           400 N. Miami Avenue, Suite 08S27
                             Miami, Florida 33128
13                           jill_felicetti@flsd.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25
```

1    (Case called to order of the court at 2:03 p.m.)

2            THE COURT:  People for the Ethical Treatment of

3    Animals v. United States Department of Agriculture and Festival

4    Fun Parks.

5            Appearing on behalf of the plaintiff.

6            MR. GOODMAN:  Jared Goodman.

7            THE COURT:  Is there a representative on behalf of the

8    United States Department of Agriculture?

9            MR. ERICKSON-POGORZELSKI:  Anthony

10   Erickson-Pogorzelski on behalf of the federal defendants.

11           THE COURT:  And on behalf of the defendant Festival

12   Fun Parks d/b/a Miami Seaquarium, LLC?

13           MR. LISTER:  Jim Lister with my colleague, Mark Salky.

14           THE COURT:  I have two motions to dismiss pending.

15   One is Docket Entry 64, which is the Festival Fun Parks doing

16   business as the Miami Seaquarium, your Docket Entry 64, and the

17   defendant United States Department of Agriculture's motion,

18   Docket Entry Number 66.

19           Plaintiffs, you may have a seat.  And which defendant

20   would like to start first?

21           MR. ERICKSON-POGORZELSKI:  The federal defendants will

22   go first, if that's all right with your Honor.

23           THE COURT:  All right.

24           MR. ERICKSON-POGORZELSKI:  May I speak from the

25   podium?

```
 1              THE COURT:  Yes, please.

 2              MR. ERICKSON-POGORZELSKI:  In this case, plaintiffs

 3    impermissibly seek judicial review under the Administrative

 4    Procedure Act over a discretionary action taken by the United

 5    States Department of Agriculture, USDA, in the USDA's

 6    administration of the Animal Welfare Act, the act which they

 7    are charged with administering.

 8              Specifically, plaintiffs seek to challenge defendants'

 9    decision to allow Festival Fun Park to add Miami Seaquarium

10    onto FFP's existing Animal Welfare Act license after Festival

11    Fun park merged with Miami Seaquarium's then existing AWA

12    license holder, Marine Exhibitor Corporation.

13              THE COURT:  I have a question.  Is this license or the

14    transfer of this license or the application of this license

15    reviewable ever?

16              MR. ERICKSON-POGORZELSKI:  From the government's

17    perspective, no, your Honor.  What happened -- well, I

18    shouldn't say ever.  So in this fact pattern it is not.

19              There is a distinction you made, and the point the

20    government is trying to make and what the plaintiff's whole

21    argument -- plaintiff's case is premised upon is under the

22    statute of AWA, 7 U.S.C., Section 2133 requires a demonstration

23    of compliance before the agency issues a license.

24              THE COURT:  But what does "compliance" mean?

25              MR. ERICKSON-POGORZELSKI:  Well, that's not defined,
```

1   as far as I know.  So, I mean, it would be a demonstration of

2   showing --

3            THE COURT:  So once a license is issued, it's issued

4   regardless of what else is going on or what might ever else be

5   occurring at the facility?

6            MR. ERICKSON-POGORZELSKI:  Effectively, yes, your

7   Honor.  Effectively, kind of what the issue was in Seaquarium

8   One, the prior case which went to the Eleventh Circuit, and I

9   have --

10           THE COURT:  That's the Judge Ungaro case, I think?

11           MR. ERICKSON-POGORZELSKI:  No.  That was the

12   environmental protection case, that case.  This is the case

13   that was before Judge Lenard and went to the Eleventh Circuit

14   on a discrete licensing issue.

15           So on that case prior to this merge -- or sale and

16   merger of MEC plaintiffs sought to bring a very similar

17   challenge.

18           If I could step back one second really quickly because

19   I think it's important to kind of frame this case.

20           What the plaintiffs have been attempting to do from

21   the very beginning of all these actions is to have a district

22   court serve in some sort of a supervisory inspector role for

23   the esoteric regulatory compliance of the AWA.  So the very

24   specific, fine, nitpicky issues.  The court asked if it there

25   would ever be a cause of action.

1          Well, there isn't one where a plaintiff were trying to

2     seek enforcement proceedings, where a plaintiff facially

3     challenges the agency's decisions where it has reason to

4     believe there is a violation of the statute.

5          It is clear that under 7 U.S.C. 2149 the discretion is

6     reserved within the agency to make those decisions, and case

7     law establishes under the APA there can be no judicial review

8     of that decision or decision to act or not to act to determine

9     compliance.

10         So from the very beginning the plaintiffs have tried

11    to fashion some sort of a procedural mechanism that will allow

12    them to accomplish exactly that which they cannot do facially.

13         THE COURT:  Do you see why the plaintiff may, even

14    though we -- and I am not certain at this point -- but is there

15    any room in your analysis here for why the plaintiff may be

16    seeking to move in this manner?  Isn't the best way to

17    understand your argument is to understand the opponent's

18    argument?

19         MR. ERICKSON-POGORZELSKI:  Well, I think the best way

20    to understand the government's argument is -- what the

21    government is trying to do is to make the plaintiff clearly

22    articulate what agency action they are seeking to review under

23    the APA.  Because right now they are actually trying to -- they

24    are seeking to do things they are not allowed to do, and they

25    are trying to formulate that in some sort of procedural

1    mechanism.  That's what causes great confusion.

2              In fact, the Eleventh Circuit opinion in the first

3    Seaquarium case had a very similar confusion, and I think

4    that's why the court, the Eleventh Circuit in that case first

5    articulated what the agency action at issue is.

6              In that case, the Eleventh Circuit said the agency

7    action at issue in that case was a challenge to the automatic

8    renewal of Seaquarium's license under the regulations providing

9    for administrative renewal and even went out -- the Eleventh

10   Circuit went to great lengths to say this is not a situation

11   where plaintiffs are challenging an enforcement action because

12   they are precluded to do the same under 2149.

13             And after the Eleventh Circuit then formulates what

14   the challenge is, the Eleventh Circuit is able then to

15   determine what law would apply to that specific challenge.

16   That's why in that case there was subject matter jurisdiction.

17   Because in that case there were regulations that controlled the

18   automatic renewal of licenses, and that case then bore out on

19   that issue.

20             The Eleventh Circuit on that issue had a very relevant

21   holding.  In that issue, the Eleventh Circuit looked at the

22   statute and said, okay, we appreciate that 2133 imposes an

23   affirmative duty on the agency to ensure a demonstration of

24   compliance, which is really the door in which plaintiffs are

25   trying to cross through.

```
1           THE COURT:  Aren't plaintiffs trying to cross through

2    by showing there is no compliance?

3           MR. ERICKSON-POGORZELSKI:  Well, they are trying to

4    show no compliance, but to get to no compliance they are going

5    to have to pierce behind inspections.  They don't allege --

6           THE COURT:  What does piercing behind inspections give

7    them?

8           MR. POGORZELSKI:  Because they don't allege that

9    Seaquarium failed -- had any routine inspections that showed

10   compliance conditions issues for Lolita's conditions.  They

11   don't allege that.

12          In fact, although it's a factual issue maybe outside

13   the court, but we can convert this to a factual 12(b)(1) if we

14   need to -- it's undisputed because they don't allege the

15   opposite -- Seaquarium never had a noncompliant inspection.

16          Since Seaquarium was licensed in 1978, the conditions

17   in which plaintiff is seeking the court to review have remained

18   effectively the same, and the USDA has never found those

19   conditions to be noncompliant.

20          THE COURT:  Maybe what plaintiff is seeking -- and I

21   don't know if this is the proper forum -- is that maybe

22   something is wrong with the level of compliance in the sense of

23   when you know better, you do better?  Do you understand what I

24   am saying?

25          MR. ERICKSON-POGORZELSKI:  Well, there is a couple
```

1    things --

2           THE COURT:  That they may be compliant technically in

3    what and how the license was originally issued, but what we

4    know over time and how this particular being is presently

5    housed and maintained, that maybe this license is no longer

6    compliant with what we know adequate conditions to be.

7           MR. ERICKSON-POGORZELSKI:  But then you would have --

8    you would either have the agency making that determination

9    within its expert purview.  Right?

10          So the agency is charged with administering the AWA,

11   and they send out inspectors who are experts in this field, and

12   they have never found that to be the case.  There is no finding

13   of noncompliance relevant to the conditions in which Lolita is

14   housed.

15          So effectively that's why -- the point the government

16   is trying to make here is what plaintiffs have been trying to

17   do is then to challenge the USDA's determination that there are

18   no noncompliant issues.  They want the court to say, okay, the

19   USDA has determined there's no problems here, but we think

20   there are.

21          If you look at this measurement and you look at this

22   regulation and you look at the way it's said, we can get into a

23   little bit about what the order to show cause talked about

24   which is the audit, but the government does want to stress that

25   that audit came out after these decisions were made.

1            There is some really very hyper technical issues there

2     that the agency is aware of, but the agency has never made a

3     determination that there is an actual violation, and the

4     plaintiffs can't challenge that.  They can't force the agency

5     to make that determination.

6            THE COURT:  So, in other words, despite what

7     individuals may see with their own eyes, even though there is

8     no technical violation of the rules and regulations that your

9     agency has laid down, you are saying PETA has no room to

10    proceed?

11           MR. ERICKSON-POGORZELSKI:  The last part I really want

12    to stress -- but the predicates are a little bit important

13    here, because when you say what people perceive with their own

14    eyes, it's really a question of what the ADA requires.  And so

15    the real question becomes how that requirement is interpreted

16    and applied by the agency.

17           There is, perhaps, a disagreement between the way the

18    plaintiff wants the USDA to read those regulations and

19    implement those regulations and the way the USDA is actually

20    doing that.

21           The whole point that the government is trying to make

22    is that issue is not before the court, and that's -- the

23    problem we have been having from day one is that's what

24    plaintiffs want, to find some sort of procedural mechanism to

25    get before the court.

1          THE COURT:  I think in that way you may be correct.

2     That is the problem.  It is the problem in the sense that the

3     plaintiff finds frustrating, and they may be -- I am not sure

4     yet -- without legal remedy for what they can observe.

5          I think what plaintiff wants to say is whatever the

6     regulations are, the compliance with them is inadequate for the

7     individual live thing being held.  That's what their argument

8     is.  Correct?

9          MR. ERICKSON-POGORZELSKI:  I think effectively, yes,

10    but that's the problem.  They know they can't bring that as a

11    facial challenge because 7 U.S.C. 2149 reserves that discretion

12    within the agency.  So that's why they are trying to formulate

13    this as some sort of licensing challenge to say, okay, well,

14    for sure under -- well, not for sure -- but arguably under

15    721.33 there is a requirement for a demonstration of compliance

16    before a license issues.  That's Seaquarium One.

17         And so they argue that the agency was acting arbitrary

18    and capriciously in Seaquarium One every time the agency

19    renewed Seaquarium's license when they argued that there was

20    not an appropriate demonstration of compliance under Section

21    2133.  In Seaquarium One, the Eleventh Circuit held no, there

22    is no problem there because 2133 does not apply.

23         Section 2133, which requires that demonstration of

24    compliance, only applies when the agency issues a license, not

25    when it takes other licensing action.  So that door is

1    foreclosed.

2           That's why in that case, just as in this case, the

3    plaintiffs' entire case is dependent upon whether 2133

4    controls, and it does not.  And the Eleventh Circuit

5    established that in Seaquarium One.

6           So you have a situation where plaintiffs are trying to

7    bring a cause of action in which they do not have a cause of

8    action.  There's no subject matter jurisdiction.  There is no

9    APA review that would allow them to do that, and they are

10   trying to put a round object into a square -- or a square peg

11   into a round hole, and it doesn't fit, and that's the problem.

12           THE COURT:  Let me hear from the other defendants,

13   please.

14           MR. LISTER:  Good afternoon, your Honor.  Jim Lister

15   for Festival Fun Parks doing business as Miami Seaquarium.

16           Our motion to dismiss is on the merits under Rule 12

17   (b)(6).  We agree with the federal motion.  I will just comment

18   very briefly on the federal motion.

19           There is no private right of action under the Animal

20   Welfare Act that citizen plaintiffs may bring.  It's the

21   opposite of our last case under Endangered Species Act where

22   the statute empowered citizens groups, like plaintiffs, to

23   bring citizens suits.  So that forces the plaintiffs to try to

24   fall back on the Administrative Procedure Act.

25           The Administrative Procedure Act at 5 U.S.C. 701

1    provides that that act is not available for actions that are

2    committed to agency discretion by law, and when that act is not

3    available, there is no basis to bring a claim, and because the

4    act is a waiver of sovereign immunity, it's a lack of subject

5    matter jurisdiction.

6         I think the federal defendants have argued that well,

7    and I will go on now to our motion.

8         Our motion looks to whether there is a viable claim

9    stated if all the facts plaintiffs allege are true.

10        In the prior licensing case decided by the Eleventh

11   Circuit, the Eleventh Circuit was very clear that it assumed

12   that all the plaintiffs' claims of violations of the AWA animal

13   care standards -- pool size, sun, companionship -- the Eleventh

14   Circuit assumed that those were true without deciding for

15   purposes of analysis.  That is footnote 2 in the opinion.  It's

16   789 F.3d 1206, and I will quote:

17        "For the purposes of this appeal, we assume without

18   deciding that USDA renewed the license despite knowing there

19   was evidence Seaquarium was violating several AWA standards."

20        Even with that assumption USDA prevailed because there

21   was no viable cause of action to challenge the licensing

22   action.  The licensing action --

23        THE COURT:  So basically you are admitting and you are

24   telling the court despite whatever conditions exist, despite

25   the fact that maybe the USDA has not found any violations of

1  how Lolita is held, the size of her tank, and all of the other

2  issues, procedurally she's stuck.

3          MR. LISTER:  Procedurally the U.S. Department of

4  Agriculture, Animal and Plant Health Inspection Service, makes

5  the decision whether her care is compliant or not, whether she

6  is receiving good care or not good care.  And as the U.S.

7  attorney explained --

8          THE COURT:  So as you said, if she is receiving good

9  care or not good care, that's not the issue.  It's just as I

10  said, she's stuck.

11          MR. LISTER:  The decision maker is the U.S. Department

12  of Agriculture.  That's how Congress set up the statute.

13          THE COURT:  And as I said, procedurally she's stuck.

14  I mean, you can talk about the decision maker and you can talk

15  about whether or not you have proceeded legally, which I think

16  you probably have made out that case, but what I am saying is

17  and what I want to be clear on is that procedurally the result

18  will be that Lolita is stuck.

19          MR. LISTER:  Lolita is where -- she is where she

20  should be.  We are not here on the merits.  We could debate

21  that if we were to get to the merits.

22          THE COURT:  I am not debating the merits.  Let's just

23  be truthful.  Let's just call it -- I mean, you are here.  You

24  are asking me to make a procedural decision without looking at

25  the merits, which I may be required to do, but because of

1   that -- I just want to be clear -- that Lolita, despite her

2   conditions, if I follow your analysis, is stuck.

3          If I understand what the Court of Appeals said, if we

4   accept what the plaintiff said in their initial pleadings, that

5   means she is in a tank that's too small, she's in an area that

6   is not accessible to shade, and she is a living alone.  Let's

7   just at least be clear about what we are doing.

8          If you are going to say that it's a procedural

9   decision, let's be honest about the result of the procedural

10  decision.  You have a whale in a tank by herself that's too

11  small in the sun.

12         MR. LISTER:  Of course we disagree with those facts,

13  but, your Honor, I understand where your Honor is going.  Your

14  Honor is correctly stating that if we prevail, plaintiffs do

15  not have the remedy in court for their claims.  Plaintiffs are

16  free to go to USDA and try to persuade the USDA inspectors to

17  change their mind.  Plaintiffs are free to go to the halls of

18  Congress, which is what the Eleventh Circuit has twice told

19  them they should consider doing.  They are free to ask the

20  Animal and Plant Health Inspection Service to change their

21  rules.  There are remedies for them.  It's just not a judicial

22  review-type remedy, and that's why it is startling.

23         THE COURT:  None of those may come while Lolita is

24  still alive.

25         Let me hear from plaintiff.

```
1              Counsel, I may be hamstrung here.  I mean, I don't see
2   given the law appropriate procedural mechanism for Lolita.  I
3   mean, we can say -- and I think the Eleventh Circuit even
4   said -- accepting all of your initial facts as true, because of
5   how I am required to view the procedure in this case, it means
6   that Lolita may die in that tank.
7              MR. GOODMAN:  Your Honor, actually, I would like to
8   correct the argument that's been made thus far.
9              The Eleventh Circuit never held that this was not
10  subject to APA review.  In fact, the Eleventh Circuit
11  specifically found, as have other district courts, that a
12  licensing decision, whether it be the rubber stamping renewal
13  process that was at issue there for the issuance of a new
14  license is subject to APA review.  There is law to apply.
15             In this particular situation we have --
16             THE COURT:  Can you be the one -- "you" meaning your
17  organization -- be the one to do it?
18             MR. GOODMAN:  Yes, your Honor, pursuant to the
19  Administrative Procedure Act, and that's precisely what
20  plaintiffs are doing here, challenging the decision to license
21  the facility after a sale to Festival Fun Parks, and plaintiffs
22  have standing to do so.
23             Both the Eleventh Circuit and several other district
24  and circuit courts have held that plaintiffs, the same
25  plaintiffs have standing under similar challenges to agency
```

1     licensing decisions.

2              So what happened in the case that was being called

3     Seaquarium One is that the challenge was to the annual rubber

4     stamping administrative renewal scheme, and the court found

5     that there was law to apply.

6              Section 2133 of the Animal Welfare Act provides that

7     no license shall be issued to a facility that does not

8     demonstrate compliance with the regulations, and what the court

9     held was the initial issuance of the license in 1978 was at the

10    time when Section 2133 was relevant to that particular license

11    because it was issued in 1978 and then it was renewed annually,

12    and then the court determined that it was just an

13    administrative process to continue the same license.

14             The difference here is that the existing license for

15    the Seaquarium was voided by its sale to Festival Fun Parks.

16    Section 2.5(d) of the regulations unequivocally provides the

17    license are issued for particular premises and particular

18    persons and do not transfer upon a change of ownership.

19             So pursuant to this regulation the Seaquarium was

20    required to obtain a new license once it was sold to Festival

21    Fun Parks, and the Animal Welfare Act prohibits the USDA from

22    licensing the Seaquarium absent compliance with the

23    regulations.

24             Whether we are framing this as the addition of a site

25    under an existing license or the issuance of a license to an

1   additional site, the thing that's clear is that demonstration

2   of compliance is required.  This is pursuant to Section 2133 of

3   the statute which provides that no license shall be issued

4   absent demonstration of compliance at all of the applicant's

5   facilities.  It's reflected in the regulations which similarly

6   provide that all facilities that are being used by an applicant

7   must comply with the regulations for a license to be -- for a

8   facility to be licensed.

9           The USDA in this case admits that they have a policy

10   that requires a demonstration of compliance before a new site

11   can be added to an existing license.

12           So we have three instances of law to apply in this

13   particular instance, and that's why it's judicially reviewable

14   under the APA.

15           THE COURT:  Thank you.

16           MR. POGORZELSKI:  If I may, your Honor.

17           THE COURT:  No.  I think my arguments here and the

18   questions I put to counsel are pretty clear, and I suppose what

19   I would appreciate more is the recognition that there are

20   consequences to laws, and in this case there is a consequence.

21           The consequence I think is specifically outlined by

22   the plaintiff in this case, and they have tried, woe be it

23   unsuccessfully, to have the United States government do its

24   continued due diligence with what we know now as opposed to

25   what we knew then in terms of the maintenance of this creature.

1          I would, at least in some way, respect the defendant's

2   position more if they just said this is what's happening;

3   Judge, we are here on a particular legal argument, and our

4   legal right will trump the actual physical ability of this

5   being to live some sort of decent, healthy existence.

6          The defendant's motion, Docket Entry Number 66 and

7   Docket Entry number 64, is granted.

8          I think, unfortunately, procedurally they have

9   complied with the law to the extent that is required of the

10  Administrative Procedure Act, that the intervening circumstance

11  of the sale did not change the licensing requirement or, above

12  all else, give a third party the ability to come in and

13  challenge how these procedures are being executed.

14         So as stated adequately by counsel, the case is

15  dismissed.  I would welcome an appeal of my decision.  Thank

16  you very much.

17         Court is in recess for five minutes.

18         (Proceedings adjourned at 2:39 p.m.)

19

20

21

22

23

24

25

C E R T I F I C A T E


        I hereby certify that the foregoing is an accurate

transcription of the proceedings in the above-entitled matter.



June 13, 2019            /s/ Jill M. Felicetti
                         Jill M. Felicetti, RPR, CRR, CSR
                         Official Court Reporter
                         400 N. Miami Avenue, Suite 08S27
                         Miami, Florida 33128
                         jill_felicetti@flsd.uscourts.gov

MR. ERICKSON-POGORZELSKI: [14]
3/8 3/20 3/23 4/1 4/15 4/24 5/5 5/10
6/18 8/2 8/24 9/6 10/10 11/8
MR. GOODMAN: [3] 3/5 16/6 16/17
MR. LISTER: [6] 3/12 12/13 14/2 14/10
14/18 15/11
MR. POGORZELSKI: [2] 8/7 18/15
THE COURT: [26]

---

**/**

/s [1] 20/7

---

**0**

08S27 [2] 2/11 20/8

---

**1**

1100 [1] 2/3
12 [3] 1/5 8/13 12/16
1206 [1] 13/16
13 [1] 20/7
16-CV-24793-MGC [1] 1/2
1978 [3] 8/16 17/9 17/11

---

**2**

2.5 [1] 17/16
200 [1] 1/18
20036 [1] 2/4
2019 [2] 1/5 20/7
2133 [9] 4/22 7/22 11/21 11/22 11/23
12/3 17/6 17/10 18/2
2149 [3] 6/5 7/12 11/11
2154 [1] 1/14
25 [1] 1/8
2:03 [1] 3/1
2:39 [1] 19/18

---

**3**

33128 [2] 2/12 20/9
33131 [2] 1/19 2/8
33132 [1] 1/23
333 [1] 2/8
3900 [1] 1/18

---

**4**

400 [2] 2/11 20/8
4th [1] 1/23

---

**6**

64 [3] 3/15 3/16 19/7
66 [2] 3/18 19/6

---

**7**

701 [1] 12/25
721.33 [1] 11/15
789 [1] 13/16

---

**8**

825 [1] 2/3

---

**9**

90026 [1] 1/14
99 [1] 1/23

---

**A**

ability [2] 19/4 19/12
able [1] 7/14
about [6] 9/23 9/23 14/14 14/15 15/7
15/9
above [1] 19/11 20/4

above-entitled [1] 20/4
absent [1] 17/21
accept [1] 15/4
accepting [1] 16/4
accessible [1] 15/6
accomplish [1] 6/12
accurate [1] 20/3
act [17] 4/4 4/6 4/6 4/10 6/8 6/8 12/20
12/21 12/24 12/25 13/1 13/2 13/4 16/19
17/6 17/21 19/10
acting [1] 11/17
action [13] 4/4 5/25 6/22 7/5 7/7 7/11
11/25 12/7 12/8 12/19 13/21 13/22 13/22
actions [2] 5/21 13/1
actual [2] 10/3 19/4
actually [3] 6/23 10/19 16/7
ADA [1] 10/14
add [1] 4/9
added [1] 18/11
addition [1] 17/24
additional [1] 18/1
adequate [1] 9/6
adequately [1] 19/14
adjourned [1] 19/18
administering [2] 4/7 9/10
administration [1] 4/6
administrative [8] 4/3 7/9 12/24 12/25
16/19 17/4 17/13 19/10
admits [1] 18/9
admitting [1] 13/23
affirmative [1] 7/23
after [4] 4/10 7/13 9/25 16/21
afternoon [1] 12/14
agency [19] 4/23 6/6 6/22 7/5 7/6 7/23
9/8 9/10 10/2 10/2 10/4 10/9 10/16
11/12 11/17 11/18 11/24 13/2 16/25
agency's [1] 6/3
agree [1] 12/17
AGRICULTURE [6] 1/7 3/3 3/8 4/5 14/4
14/12
Agriculture's [1] 3/17
al [2] 1/4 1/7
alive [1] 15/24
all [10] 3/22 3/23 5/21 13/9 13/12 14/1
16/4 18/4 18/6 19/12
allege [5] 8/5 8/8 8/11 8/14 13/9
allow [3] 4/9 6/11 12/9
allowed [1] 6/24
alone [1] 15/6
although [1] 8/12
am [6] 6/14 8/24 11/3 14/16 14/22 16/5
Americas [1] 2/8
analysis [3] 6/15 13/15 15/2
Angeles [1] 1/14
animal [7] 1/13 4/6 4/10 12/19 13/12
14/4 15/20 17/6 17/21
ANIMALS [2] 1/4 3/3
annual [1] 17/3
annually [1] 17/11
ANTHONY [2] 1/22 3/9
anthony.pogorzelski [1] 1/24
any [3] 6/15 8/9 13/25
APA [6] 6/7 6/23 12/9 16/10 16/14 18/14
appeal [2] 13/17 19/15
Appeals [1] 15/3
APPEARANCES [2] 1/12 2/1
Appearing [1] 3/5
applicant [1] 18/6
applicant's [1] 18/4
application [1] 4/14

applied [1] 10/16
apply [5] 7/15 11/22 16/14 17/5 18/12
appreciate [2] 7/22 18/19
appropriate [2] 11/20 16/2
APRIL [1] 1/16
april.boyer [1] 1/19
arbitrary [1] 11/17
are [41]
area [1] 15/5
Aren't [1] 8/1
arguably [1] 11/14
argue [1] 11/17
argued [2] 11/19 13/6
argument [7] 4/21 6/17 6/18 6/20 11/7
16/8 19/3
arguments [1] 18/17
articulate [1] 6/22
articulated [1] 7/5
as [16] 3/16 5/1 5/11 11/10 11/13 12/2
12/15 14/6 14/8 14/9 14/13 16/4 16/11
17/24 18/24 19/14
ask [1] 15/19
asked [1] 5/24
asking [1] 14/24
assume [1] 13/17
assumed [2] 13/11 13/14
assumption [1] 13/20
attempting [1] 5/20
attorney [1] 14/7
Attorney's [1] 1/22
audit [2] 9/24 9/25
automatic [2] 7/7 7/18
available [2] 13/1 13/3
Avenue [4] 2/3 2/8 2/11 20/8
AWA [6] 4/11 4/22 5/23 9/10 13/12
13/19
aware [1] 10/2

---

**B**

back [2] 5/18 12/24
basically [1] 13/23
basis [1] 13/3
be [29]
because [4] 5/18 6/23 7/11 7/17 8/8
8/14 10/13 11/11 11/22 13/3 13/20 14/25
16/4 17/11
becomes [1] 10/15
been [4] 5/20 9/16 10/23 16/8
before [7] 1/10 4/23 5/13 10/22 10/25
11/16 18/10
beginning [2] 5/21 6/10
behalf [4] 3/5 3/7 3/10 3/11
behind [2] 8/5 8/6
being [6] 9/4 11/7 17/2 18/6 19/5 19/13
believe [1] 6/4
best [2] 6/16 6/19
better [2] 8/23 8/23
between [1] 10/17
Birch [1] 2/2
Biscayne [1] 1/18
bit [2] 9/23 10/12
Bittner [1] 2/2
bore [1] 7/18
Both [1] 16/23
Boulevard [2] 1/14 1/18
BOYER [1] 1/16
briefly [1] 12/18
bring [6] 5/16 11/10 12/7 12/20 12/23
13/3

**B**

business [2] 3/16 12/15

**C**

California [1] 1/14
call [1] 14/23
called [2] 3/1 17/2
came [1] 9/25
can [9] 6/7 8/13 9/22 11/4 14/14 14/14 16/3 16/16 18/11
can't [3] 10/4 10/4 11/10
cannot [1] 6/12
capriciously [1] 11/18
care [6] 13/13 14/5 14/6 14/6 14/9 14/9
case [32]
cause [5] 5/25 9/23 12/7 12/7 13/21
causes [1] 7/1
Center [1] 1/17
certain [1] 6/14
certify [1] 20/3
challenge [12] 4/8 5/17 7/7 7/14 7/15 9/17 10/4 11/11 11/13 13/21 17/3 19/13
challenges [2] 6/3 16/25
challenging [2] 7/11 16/20
change [4] 15/17 15/20 17/18 19/11
charged [2] 4/7 9/10
Cherot [1] 2/2
circuit [21]
circumstance [1] 19/10
citizen [1] 12/20
citizens [2] 12/22 12/23
Civil [1] 1/22
claim [2] 13/3 13/8
claims [2] 13/12 15/15
clear [7] 6/5 13/11 14/17 15/1 15/7 18/1 18/18
clearly [1] 6/21
colleague [1] 3/13
come [2] 15/23 19/12
comment [1] 12/17
committed [1] 13/2
companionship [1] 13/13
compliance [19] 4/23 4/24 5/23 6/9 7/24 8/2 8/4 8/4 8/10 8/22 11/6 11/15 11/20 11/24 17/8 17/22 18/2 18/4 18/10
compliant [3] 9/2 9/6 14/5
complied [1] 19/9
comply [1] 18/7
conditions [8] 8/10 8/10 8/16 8/19 9/6 9/13 13/24 15/2
confusion [2] 7/1 7/3
Congress [2] 14/12 15/18
Connecticut [1] 2/3
consequence [2] 18/20 18/21
consequences [1] 18/20
consider [1] 15/19
Cont'd [1] 2/1
continue [1] 17/13
continued [1] 18/24
controlled [1] 7/17
controls [1] 12/4
convert [1] 8/13
COOKE [1] 1/10
Corporation [1] 4/12
correct [3] 11/1 11/8 16/8
correctly [1] 15/14
could [2] 5/18 14/20
counsel [4] 1/13 16/1 18/18 19/14
couple [1] 8/25
course [1] 15/12

court [19] 1/1 2/11 3/1 5/22 5/24 7/4 8/6 8/18 9/1 10/20 10/25 13/23 15/10 15/15 17/4 17/8 17/12 19/17 20/8
courts [2] 16/11 16/24
creature [1] 18/25
cross [2] 7/25 8/1
CRR [2] 2/10 20/7
CSR [2] 2/10 20/7
CV [1] 1/2

**D**

d/b/a [2] 2/3 3/12
day [1] 10/23
DC [1] 2/4
dc.bhb.com [1] 2/4
debate [1] 14/20
debating [1] 14/22
decent [1] 19/5
decided [1] 13/10
deciding [2] 13/14 13/18
decision [12] 4/9 6/8 6/8 14/5 14/11 14/14 14/24 15/9 15/10 16/12 16/20 19/15
decisions [4] 6/3 6/6 9/25 17/1
defendant [6] 1/8 1/22 2/2 3/11 3/17 3/19
defendant's [2] 19/1 19/6
defendants [4] 3/10 3/21 12/12 13/6
defendants' [1] 4/8
defined [1] 4/25
demonstrate [1] 17/8
demonstration [9] 4/22 5/1 7/23 11/15 11/20 11/23 18/1 18/4 18/10
DEPARTMENT [7] 1/7 3/3 3/8 3/17 4/5 14/3 14/11
dependent [1] 12/3
Deputy [1] 1/13
despite [5] 10/6 13/18 13/24 13/24 15/1
determination [4] 9/8 9/17 10/3 10/5
determine [2] 6/8 7/15
determined [2] 9/19 17/12
did [1] 19/11
die [1] 16/6
difference [1] 17/14
diligence [1] 18/24
disagree [1] 15/12
disagreement [1] 10/17
discrete [1] 5/14
discretion [3] 6/5 11/11 13/2
discretionary [1] 4/4
dismiss [2] 3/14 12/16
dismissed [1] 19/15
distinction [1] 4/19
district [6] 1/1 1/1 1/11 5/21 16/11 16/23
do [18] 5/20 6/12 6/13 6/21 6/24 6/24 7/12 8/23 8/23 9/17 12/7 12/9 14/25 15/14 16/17 16/22 17/18 18/23
Docket [5] 3/15 3/16 3/18 19/6 19/7
does [6] 4/24 8/6 9/24 11/22 12/4 17/7
doesn't [1] 12/11
doing [6] 3/15 10/20 12/15 15/7 15/19 16/20
don't [6] 8/5 8/8 8/11 8/14 8/21 16/1
door [2] 7/24 11/25
down [1] 10/9
due [1] 18/24
duty [1] 7/23

**E**

effectively [5] 5/6 5/7 8/18 9/15 11/9

either [1] 9/8
eliminated [14] 5/3 5/6 5/6 5/13 5/14 7/13 7/14 7/20 7/21 11/21 12/4 13/10 13/11 13/13 15/18 16/3 16/9 16/10 16/23
else [3] 5/4 5/4 19/12
empowered [1] 12/22
Endangered [1] 12/21
enforcement [2] 6/2 7/11
ensure [1] 7/23
entire [1] 12/3
entitled [1] 20/4
Entry [3] 3/15 3/16 3/18 19/6 19/7
environmental [1] 5/12
ERICKSON [2] 1/22 3/10
ERICKSON-POGORZELSKI [2] 1/22 3/10
esoteric [1] 5/23
established [1] 12/5
establishes [1] 6/7
et [2] 1/4 1/7
ETHICAL [2] 1/3 3/2
even [5] 6/13 7/9 10/7 13/20 16/3
ever [4] 4/15 4/18 5/4 5/25
every [1] 11/18
evidence [1] 13/19
exactly [1] 6/12
executed [1] 19/13
Exhibitor [1] 4/12
exist [1] 13/24
existence [1] 19/5
existing [5] 4/10 4/11 17/14 17/25 18/11
expert [1] 9/9
experts [1] 9/11
explained [1] 14/7
extent [1] 19/9
eyes [2] 10/7 10/14

**F**

F.3d [1] 13/16
facial [1] 11/11
facially [2] 6/2 6/12
facilities [2] 18/5 18/6
facility [4] 5/5 16/21 17/7 18/8
fact [5] 4/18 7/2 8/12 13/25 16/10
facts [3] 13/9 15/12 16/4
factual [2] 8/12 8/13
failed [1] 8/9
fall [1] 12/24
far [2] 5/1 16/8
fashion [1] 6/11
federal [5] 3/10 3/21 12/17 12/18 13/6
felicetti [5] 2/10 2/12 20/7 20/7 20/9
Festival [10] 2/2 3/3 3/11 3/15 4/9 4/10 12/15 16/21 17/15 17/20
FFP's [1] 4/10
field [1] 9/11
Financial [1] 1/17
find [1] 10/24
finding [1] 9/12
finds [1] 11/3
fine [1] 5/24
first [4] 3/20 3/22 7/2 7/4
fit [1] 12/11
five [1] 19/17
FLORIDA [7] 1/1 1/4 1/19 1/23 2/8 2/12 20/9
flsd.uscourts.gov [2] 2/12 20/9
follow [1] 15/2
footnote [1] 13/15
force [1] 10/4

## F

forces [1]  12/23
foreclosed [1]  12/1
foregoing [1]  20/3
formulate [2]  6/25 11/12
formulates [1]  7/13
forum [1]  8/21
found [5]  8/18 9/12 13/25 16/11 17/4
frame [1]  5/19
framing [1]  17/24
free [3]  15/16 15/17 15/19
frustrating [1]  11/3
Fun [10]  2/2 3/4 3/12 3/15 4/9 4/11
 12/15 16/21 17/15 17/21

## G

Gates [1]  1/17
General [1]  1/13
get [4]  8/4 9/22 10/25 14/21
give [2]  8/6 19/12
given [1]  16/2
go [4]  3/22 13/7 15/16 15/17
going [4]  5/4 8/4 15/8 15/13
good [5]  12/14 14/6 14/6 14/8 14/9
GOODMAN [2]  1/13 3/6
government [6]  4/20 6/21 9/15 9/24
 10/21 18/23
government's [2]  4/16 6/20
granted [1]  19/7
great [2]  7/1 7/10
Greenberg [1]  2/7
groups [1]  12/22
gtlaw.com [1]  2/9

## H

had [4]  7/3 7/20 8/9 8/15
halls [1]  15/17
hamstrung [1]  16/1
happened [2]  4/17 17/2
happening [1]  19/2
has [8]  6/3 8/18 9/19 10/2 10/9 10/9
 13/25 15/18
have [31]
having [1]  10/23
Health [2]  14/4 15/20
healthy [1]  19/5
hear [2]  12/12 15/25
HEARING [1]  1/10
held [6]  11/7 11/21 14/1 16/9 16/24 17/9
her [3]  14/1 14/5 15/1
here [11]  6/15 9/16 9/19 10/13 14/20
 14/23 16/1 16/20 17/14 18/17 19/3
hereby [1]  20/3
herself [1]  15/10
holder [1]  4/12
holding [1]  7/21
hole [1]  12/11
honest [1]  15/9
Honor [10]  3/22 4/17 5/7 12/14 15/13
 15/13 15/14 16/7 16/18 18/16
HONORABLE [1]  1/10
Horton [1]  2/2
housed [2]  9/5 9/14
how [7]  9/3 9/4 10/15 14/1 14/12 16/5
 19/13
hyper [1]  10/1

## I

immunity [1]  13/4
impermissibly [1]  4/3

implement [1]  10/19
important [2]  5/10 10/2
imposes [1]  7/22
inadequate [1]  11/6
INC [1]  1/4
individual [1]  11/7
individuals [1]  10/7
initial [3]  15/4 16/4 17/9
inspection [3]  8/15 14/4 15/20
inspections [3]  8/5 8/6 8/9
inspector [1]  5/22
inspectors [2]  9/11 15/16
instance [1]  18/13
instances [1]  18/12
interpreted [1]  10/15
intervening [1]  19/10
is [106]
isn't [2]  6/1 6/16
issuance [2]  16/13 17/9 17/25
issue [11]  5/7 5/14 7/5 7/7 7/19 7/20
 7/21 8/12 10/22 14/9 16/13
issued [7]  5/3 5/3 9/3 17/7 17/11 17/17
 18/3
issues [8]  4/23 5/24 8/10 9/18 10/1
 11/16 11/24 14/2
it [20]  4/18 5/1 5/24 6/3 6/5 11/2 11/25
 12/4 12/11 13/11 14/23 15/22 16/5 16/12
 16/17 17/11 17/11 17/12 17/20 18/22
it's [14]  5/3 5/19 8/12 8/14 9/22 10/14
 12/20 13/4 13/15 14/9 15/8 15/21 18/5
 18/13
its [3]  9/9 17/15 18/23

## J

JAMES [1]  2/2
JARED [2]  1/13 3/6
jaredg [1]  1/15
jill [5]  2/10 2/12 20/7 20/7 20/9
Jim [2]  3/13 12/14
jlister [1]  2/4
JUDGE [4]  1/11 5/10 5/13 19/3
judicial [3]  4/3 6/7 15/21
judicially [1]  18/13
June [2]  1/5 20/7
jurisdiction [3]  7/16 12/8 13/5
just [10]  2/2 12/17 14/9 14/22 14/23
 15/1 15/7 15/21 17/12 19/2

## K

kind [2]  5/7 5/19
klgates.com [1]  1/19
knew [1]  18/25
know [7]  5/1 8/21 8/23 9/4 9/6 11/10
 18/24
knowing [1]  13/18

## L

lack [1]  13/4
laid [1]  10/9
last [2]  10/11 12/21
law [9]  1/13 6/7 7/15 13/2 16/2 16/14
 17/5 18/12 19/9
laws [1]  18/20
least [2]  15/7 19/1
legal [3]  11/4 19/3 19/4
legally [1]  14/15
Lenard [1]  5/13
lengths [1]  7/10
Let [2]  12/12 15/25
let's [14]  14/22 14/23 15/6 15/9

level [1]  8/22
license [1]  6/10
licensed [2]  8/16 18/8
licenses [1]  7/18
licensing [10]  5/14 11/13 11/25 13/10
 13/21 13/22 16/12 17/1 17/22 19/11
like [3]  3/20 12/22 16/7
LISTER [3]  2/2 3/13 12/14
little [1]  9/23 10/12
live [2]  11/7 19/5
living [1]  15/6
LLC [1]  3/12
Lolita [8]  9/13 14/1 14/18 14/19 15/1
 15/23 16/2 16/6
Lolita's [1]  8/10
longer [1]  9/5
look [3]  9/21 9/21 9/22
looked [1]  7/21
looking [1]  14/24
looks [1]  13/8
Los [1]  1/14

## M

made [5]  4/19 9/25 10/2 14/16 16/8
maintained [1]  9/5
maintenance [1]  18/25
make [7]  4/20 6/6 6/21 9/16 10/5 10/21
 14/24
maker [1]  14/11 14/14
makes [1]  14/4
making [1]  9/8
manner [1]  6/16
MARCIA [1]  1/10
Marine [1]  4/12
MARK [2]  2/7 3/13
matter [4]  7/16 12/8 13/5 20/4
may [14]  3/19 3/24 6/13 6/15 9/2 10/7
 11/1 11/3 12/20 14/25 15/23 16/1 16/6
 18/16
maybe [5]  8/12 8/20 8/21 9/5 13/25
me [3]  12/12 14/24 15/25
mean [6]  4/24 5/1 14/14 14/23 16/1 16/3
meaning [1]  16/16
means [1]  15/5 16/5
measurement [1]  9/21
MEC [1]  5/16
mechanism [4]  6/11 7/1 10/24 16/2
merge [1]  5/15
merged [1]  4/11
merger [1]  5/16
merits [5]  12/16 14/20 14/21 14/22 14/25
MGC [1]  1/2
Miami [14]  1/4 1/19 1/23 2/3 2/8 2/11
 2/12 3/12 3/16 4/9 4/11 12/15 20/8 20/9
might [1]  5/4
mind [1]  15/17
minutes [1]  19/17
more [2]  18/19 19/2
motion [8]  1/10 3/17 12/16 12/17 12/18
 13/7 13/8 19/6
motions [1]  3/14
move [1]  6/16
much [1]  19/16
must [1]  18/7
my [3]  3/13 18/17 19/15

## N

NE [1]  1/23
need [1]  8/14
never [5]  8/15 8/18 9/12 10/2 16/9

**N**

new [3]  16/13 17/20 18/10
nitpicky [1]  5/24
no [23]
noncompliance [1]  9/13
noncompliant [3]  8/15 8/19 9/18
None [1]  15/23
not [31]
now [3]  6/23 13/7 18/24
number [3]  3/18 19/6 19/7
NW [1]  2/3

**O**

object [1]  12/10
observe [1]  11/4
obtain [1]  17/20
occurring [1]  5/5
Office [1]  1/22
Official [2]  2/11 20/8
okay [3]  7/22 9/18 11/13
once [2]  5/3 17/20
one [12]  3/15 5/8 5/18 6/1 10/23 11/16
 11/18 11/21 12/5 16/16 16/17 17/3
only [1]  11/24
opinion [2]  7/2 13/15
opponent's [1]  6/17
opposed [1]  18/24
opposite [2]  8/15 12/21
order [2]  3/1 9/23
organization [1]  16/17
originally [1]  9/3
other [6]  10/6 11/25 12/12 14/1 16/11
 16/23
our [5]  12/16 12/21 13/7 13/8 19/3
out [5]  7/9 7/18 9/11 9/25 14/16
outlined [1]  18/21
outside [1]  8/12
over [2]  4/4 9/4
own [2]  10/7 10/13
ownership [1]  17/18

**P**

p.m [2]  3/1 19/18
Pages [1]  1/8
park [2]  4/9 4/11
Parks [8]  2/2 3/4 3/12 3/15 12/15 16/21
 17/15 17/21
part [1]  10/11
particular [7]  9/4 16/15 17/10 17/17
 17/17 18/13 19/3
party [1]  19/12
pattern [1]  4/18
peg [1]  12/10
pending [1]  3/14
people [3]  1/3 3/2 10/13
perceive [1]  10/13
perhaps [1]  10/17
persons [1]  17/18
perspective [1]  4/17
persuade [1]  15/16
PETA [1]  10/9
petaf.org [1]  1/15
physical [1]  19/4
pierce [1]  8/5
piercing [1]  8/6
plaintiff [16]  1/5 1/13 3/5 6/1 6/2 6/13
 6/15 6/21 8/17 8/20 10/18 11/3 11/5
 15/4 15/25 18/22
plaintiff's [2]  4/20 4/21
plaintiffs [24]

plaintiffs' [2]  12/3 13/12
plan [2]  19/4 19/4
pleadings [1]  15/4
please [2]  4/1 12/13
podium [1]  3/25
POGORZELSKI [2]  1/22 3/10
point [4]  4/19 6/14 9/15 10/21
policy [1]  18/9
pool [1]  13/13
position [1]  19/2
precisely [1]  16/19
precluded [1]  7/12
predicates [1]  10/12
premised [1]  4/21
premises [1]  17/17
presently [1]  9/4
pretty [1]  18/18
prevail [1]  15/14
prevailed [1]  13/20
prior [3]  5/8 5/15 13/10
private [1]  12/19
probably [1]  14/16
problem [6]  10/23 11/2 11/2 11/10 11/22
 12/11
problems [1]  9/19
procedural [7]  6/11 6/25 10/24 14/24
 15/8 15/9 16/2
procedurally [5]  14/2 14/3 14/13 14/17
 19/8
procedure [6]  4/4 12/24 12/25 16/5
 16/19 19/10
procedures [1]  19/13
proceed [1]  10/10
proceeded [1]  14/15
proceedings [3]  6/2 19/18 20/4
process [2]  16/13 17/13
prohibits [1]  17/21
proper [1]  8/21
protection [1]  5/12
provide [1]  18/6
provides [4]  13/1 17/6 17/16 18/3
providing [1]  7/8
purposes [2]  13/15 13/17
pursuant [3]  16/18 17/19 18/2
purview [1]  9/9
put [2]  12/10 18/18

**Q**

question [3]  4/13 10/14 10/15
questions [1]  18/18
quickly [1]  5/18
quote [1]  13/16

**R**

read [1]  10/18
real [1]  10/15
really [5]  5/18 7/24 10/1 10/11 10/14
reason [1]  6/3
receiving [2]  14/6 14/8
recess [1]  19/17
recognition [1]  18/19
reflected [1]  18/5
regardless [1]  5/4
regulation [2]  9/22 17/19
regulations [11]  7/8 7/17 10/8 10/18
 10/19 11/6 17/8 17/16 17/23 18/5 18/7
regulatory [1]  5/23
relevant [2]  7/20 9/13 17/10
remained [1]  8/17
remedies [1]  15/21

remedy [3]  11/4 15/15 15/22
renewal [3]  11/20 17/12 17/25
renewed [3]  11/19 13/18 17/11
REPORTED [1]  2/10
Reporter [2]  2/11 20/8
representative [1]  3/7
required [5]  14/25 16/5 17/20 18/2 19/9
requirement [3]  10/15 11/15 19/11
requires [4]  4/22 10/14 11/23 18/10
reserved [1]  6/6
reserves [1]  11/11
respect [1]  19/1
result [2]  14/17 15/9
review [8]  4/3 6/7 6/22 8/17 12/9 15/22
 16/10 16/14
review-type [1]  15/22
reviewable [2]  4/15 18/13
right [6]  3/22 3/23 6/23 9/9 12/19 19/4
role [1]  5/22
room [2]  6/15 10/9
round [2]  12/10 12/11
routine [1]  8/9
RPR [2]  2/10 20/7
rubber [2]  16/12 17/3
Rule [1]  12/16
rules [2]  10/8 15/21

**S**

said [10]  7/6 7/22 9/22 14/8 14/10 14/13
 15/3 15/4 16/4 19/2
sale [5]  5/15 16/21 17/15 19/11
SALKY [2]  2/7 3/13
salkym [1]  2/9
same [4]  7/12 8/18 16/24 17/13
say [8]  4/18 7/10 9/18 10/13 11/5 11/13
 15/8 16/3
saying [3]  8/24 10/9 14/16
scheme [1]  17/4
Seaquarium [19]  2/3 3/12 3/16 4/9 5/7
 7/3 8/9 8/15 8/16 11/16 11/18 11/21
 12/5 12/15 13/19 17/3 17/15 17/19 17/22
Seaquarium's [4]  4/11 7/8 11/19
seat [1]  3/19
second [1]  5/18
Section [7]  4/22 11/20 11/23 17/6 17/10
 17/16 18/2
see [3]  6/13 10/7 16/1
seek [3]  4/3 4/8 6/2
seeking [5]  6/16 6/22 6/24 8/17 8/20
send [1]  9/11
sense [2]  8/22 11/2
serve [1]  5/22
Service [2]  14/4 15/20
set [1]  14/12
several [2]  13/19 16/23
shade [1]  15/6
shall [2]  17/7 18/3
she [6]  14/5 14/8 14/19 14/19 15/5 15/6
she's [4]  14/2 14/10 14/13 15/5
should [2]  14/20 15/19
shouldn't [1]  4/18
show [2]  8/4 9/23
showed [1]  8/9
showing [2]  5/2 8/2
similar [3]  5/16 7/3 16/25
similarly [1]  18/5
Since [1]  8/16
site [3]  17/24 18/1 18/10
situation [3]  7/10 12/6 16/15
size [2]  13/13 14/1

## S

small [2]   15/5 15/11
so [22]
sold [1]   17/20
some [8]   5/22 6/11 6/25 10/1 10/24
  11/13 19/1 19/5
something [1]   8/22
sort [6]   5/22 6/11 6/25 10/24 11/13 19/5
sought [1]   5/16
South [1]   1/18
Southeast [1]   1/17
SOUTHERN [1]   1/1
sovereign [1]   13/4
speak [1]   3/24
Species [1]   12/21
specific [2]   5/24 7/15
specifically [3]   4/8 16/11 18/21
square [2]   12/10 12/10
stamping [2]   16/12 17/4
standards [2]   13/13 13/19
standing [2]   16/22 16/25
start [1]   3/20
startling [1]   15/22
stated [2]   13/9 19/14
STATES [9]   1/1 1/7 1/11 1/22 3/3 3/8
  3/17 4/5 18/23
stating [1]   15/14
statute [6]   4/22 6/4 7/22 12/22 14/12
  18/3
step [1]   5/18
still [1]   15/14
Street [1]   1/23
stress [2]   9/24 10/12
stuck [5]   14/2 14/10 14/13 14/18 15/2
subject [5]   7/16 12/8 13/4 16/10 16/14
Suite [4]   1/18 2/3 2/11 20/8
suits [1]   12/23
sun [2]   13/13 15/11
Sunset [1]   1/14
supervisory [1]   5/22
suppose [1]   18/18
sure [3]   11/3 11/14 11/14

## T

taken [1]   4/4
takes [1]   11/25
talk [2]   14/14 14/14
talked [1]   9/23
tank [4]   14/1 15/5 15/10 16/6
technical [2]   10/1 10/8
technically [1]   9/2
telling [1]   13/24
terms [1]   18/25
Thank [2]   18/15 19/15
that [102]
that's [24]
their [7]   10/7 10/13 11/7 15/4 15/15
  15/17 15/20
them [6]   6/12 8/7 11/6 12/9 15/19 15/21
then [9]   4/11 7/13 7/14 7/18 9/7 9/17
  17/11 17/12 18/25
there [35]
there's [2]   9/19 12/8
these [3]   5/21 9/25 19/13
they [34]
thing [2]   11/7 18/1
things [2]   6/24 9/1
think [14]   5/10 5/19 6/19 7/3 9/19 11/1
  11/5 11/9 13/6 14/15 16/3 18/17 18/21
  19/8

third [1]   19/12
this [34]
those [7]   6/6 8/18 10/18 10/19 13/14
  15/12 15/23
though [2]   6/14 10/7
three [1]   18/12
through [2]   7/25 8/1
thus [1]   16/8
time [3]   9/4 11/18 17/10
told [1]   15/18
too [2]   15/5 15/10
transcription [1]   20/4
transfer [2]   4/14 17/18
Traurig [1]   2/7
TREATMENT [2]   1/3 3/2
tried [2]   6/10 18/22
true [3]   13/9 13/14 16/4
trump [1]   19/4
truthful [1]   14/23
try [2]   12/23 15/16
trying [14]   4/20 6/1 6/21 6/23 6/25 7/25
  8/1 8/3 9/16 9/16 10/21 11/12 12/6
  12/10
twice [1]   15/18
two [1]   3/14
type [1]   15/22

## U

U.S [3]   14/3 14/6 14/11
U.S.C [4]   4/22 6/5 11/11 12/25
under [16]   4/3 4/21 6/5 6/7 6/22 7/8 7/12
  11/14 11/14 11/20 12/16 12/19 12/21
  16/25 17/25 18/14
understand [2]   6/17 6/17 6/20 8/23 15/3
  15/13
undisputed [1]   8/14
unequivocally [1]   17/16
unfortunately [1]   19/8
Ungaro [1]   5/10
UNITED [9]   1/1 1/7 1/11 1/22 3/3 3/8
  3/17 4/4 18/23
unsuccessfully [1]   18/23
up [1]   14/12
upon [3]   4/21 12/3 17/18
USDA [13]   1/22 4/5 8/18 9/19 10/18
  10/19 13/18 13/20 13/25 15/16 15/16
  17/21 18/9
USDA's [2]   4/5 9/17
usdoj.gov [1]   1/24
used [1]   18/6

## V

very [10]   5/16 5/21 5/23 6/10 7/3 7/20
  10/1 12/18 13/11 19/16
viable [2]   13/8 13/21
view [1]   16/5
violating [1]   13/19
violation [3]   6/4 10/3 10/8
violations [2]   13/12 13/25
voided [1]   17/15

## W

waiver [1]   13/4
want [6]   9/18 9/24 10/11 10/24 14/17
  15/1
wants [2]   10/18 11/5
was [27]
Washington [1]   2/4
way [6]   6/16 6/19 9/22 10/17 10/19 11/1
  19/1

we [25]
welcome [1]   9/6
Welfare [5]   4/6 4/10 12/20 17/6 17/21
well [9]   4/17 4/25 6/1 6/19 8/3 8/25
  11/13 11/14 13/6
went [4]   5/8 5/13 7/9 7/10
were [5]   6/1 7/17 9/25 13/14 14/21
whale [1]   15/10
what [40]
what's [1]   19/2
whatever [2]   11/5 13/24
when [7]   8/23 10/13 11/19 11/24 11/25
  13/2 17/10
where [9]   6/1 6/2 6/3 7/11 12/6 12/21
  14/19 14/19 15/13
whether [7]   12/3 13/8 14/5 14/5 14/15
  16/12 17/24
which [17]   3/15 3/19 4/6 5/8 6/12 7/24
  7/24 8/17 9/13 9/24 11/23 12/7 14/15
  14/25 15/18 18/3 18/5
while [1]   15/23
who [1]   9/11
whole [4]   4/20 10/21
why [9]   6/13 6/15 7/4 7/16 9/15 11/12
  12/2 15/22 18/13
will [7]   3/21 6/11 12/17 13/7 13/16 14/18
  19/4
within [3]   6/6 9/9 11/12
without [4]   11/4 13/14 13/17 14/24
woe [1]   18/22
words [1]   10/6
would [11]   3/20 5/1 5/25 7/15 9/7 9/8
  12/9 16/7 18/19 19/1 19/15
wrong [1]   8/22

## Y

yes [4]   4/1 5/6 11/9 16/18
yet [1]   11/4
you [30]
your [17]   3/16 3/22 4/17 5/6 6/15 6/17
  10/8 12/14 15/2 15/13 15/13 15/13 16/4
  16/7 16/16 16/18 18/16